JS-6

Jonathan Ricasa (SBN 223550)
jricasa@ricasalaw.com
LAW OFFICE OF JONATHAN RICASA
2341 Westwood Boulevard, Suite 7
Los Angeles, California 90064
Telephone:  424.248.0510
Facsimile:  424.204.0652

Briana M. Kim (SBN 255966)
briana@brianakim.com
LAW OFFICE OF BRIANA KIM
249 East Ocean Boulevard, Suite 814
Long Beach, California 90802
Telephone:  714.482.6301
Facsimile:  714.482.6302

Attorneys for Plaintiffs
Joe Battle, et al.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN

| | |
|---|---|
| BRIAN DAPELLO,<br><br>                    Plaintiff,<br><br>      v.<br><br>CITY OF LONG BEACH,<br><br>                    Defendant.<br><br>AND ALL RELATED ACTIONS | Case No.:  CV12-5056-GW(PLAx)<br><br>**ORDER OF DISMISSAL FOR PLAINTIFF BRIAN DAPELLO**<br><br>Complaint Filed: June 11, 2012 |

   Having reviewed the Stipulation to Dismiss Plaintiff Brian Dapello:

   **IT IS SO ORDERED** that Plaintiff Brian Dapello is hereby dismissed from the above-captioned matter without prejudice.

DATED:  November 26, 2013

_____
Honorable George H. Wu
United States District Judge

760813.1  LO100-024

[PROPOSED] ORDER OF DISMISSAL FOR BRIAN DAPELLO